UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 17-cr-00202 |
| VS. | : | JUDGE WALTER |
| LUCAS ROSALES-ARCOS | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #22], and in the transcript previously filed herein, [Doc. #16] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #17], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **LUCAS ROSALES-ARCOS** on October 11, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this 13 day of October, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE